UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **KAREN CLIFFORD,** | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) No. 4:06CV615-DJS |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

### JUDGMENT

Pursuant to the memorandum entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this   19th   day of October, 2006.

                                                    /s/Donald J. Stohr
                                                  UNITED STATES DISTRICT JUDGE